**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 1**

| XANTREX LLC | |
| --- | --- |
| **Plaintiff,** | **S U M M O N S** |
| **v.** | **Court No. 26-2903** |
| **UNITED STATES,** | |
| **Defendant.** | |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Gina Justice**
Clerk of the Court

## PROTEST

| | | | |
| --- | --- | --- | --- |
| Port(s) of Entry: | **2704** | Center (if known): | **CEE007** |
| Protest Number: | 270423167819 | Date Protest Filed: | 08/24/2023 |
| Importer: | **Xantrex LLC** | Date Protest Denied: | **03/02/2026** |
| Category of Merchandise: | electrical inverters and battery chargers | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| --- | --- | --- | --- | --- | --- |
| see attached | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

John M. Peterson, Esq.
Richard F. O'Neill, Esq.
Neville Peterson LLP
55 Broadway, Suite 2602
New York, NY  10006
Tel: 212-635-2730
jpeterson@npwny.com
roneill@npwny.com

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| electrical and electronic goods | 8504.40.9570 9903.88.03 | 25% (301 duty) (COO China) | 8504.40.9570 | 0% (COO Hong Kong) |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Protest claims Hong Kong origin for subject merchandise. Protest denied.

The issue which was common to all such denied protests:

Whether the imported articles are substantially transformed in Hong Kong so as to confer Hong Kong origin, rendering them not subject to Section 301 duties.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Richard F. O'Neill
_____
*Signature of Plaintiff's Attorney*

April 29, 2026
_____
*Date*

## CEE007

**SCHEDULE OF PROTESTS**

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 270423167819 | 8/24/2023 | 3/2/2026 | 231-7964764-5 | 7/17/2022 | 7/28/2023 | 2704 |
| | | | 231-7967593-5 | 7/22/2022 | 7/28/2023 | 2704 |
| | | | 231-7967711-3 | 7/31/2022 | 7/28/2023 | 2704 |
| | | | 231-7972231-5 | 8/9/2022 | 7/28/2023 | 2704 |
| | | | 231-7977012-4 | 8/9/2022 | 7/28/2023 | 2704 |
| | | | 231-7974778-3 | 8/10/2022 | 7/28/2023 | 2704 |
| | | | 231-7978203-8 | 8/16/2022 | 7/28/2023 | 2704 |
| | | | 231-7978219-4 | 8/16/2022 | 7/7/2023 | 2704 |
| | | | 231-7983465-6 | 8/26/2022 | 7/28/2023 | 2704 |
| | | | 231-7987886-9 | 9/3/2022 | 7/28/2023 | 2704 |
| | | | 231-7996968-4 | 9/11/2022 | 7/28/2023 | 2704 |
| | | | 231-8901656-7 | 9/20/2022 | 7/28/2023 | 2704 |
| | | | 231-8901730-0 | 9/20/2022 | 7/28/2023 | 2704 |
| | | | 231-8904313-2 | 10/1/2022 | 7/28/2023 | 2704 |
| | | | 231-8904334-8 | 10/1/2022 | 7/28/2023 | 2704 |
| | | | 231-8907611-6 | 10/18/2022 | 7/28/2023 | 2704 |
| | | | 231-8907621-5 | 10/18/2022 | 7/28/2023 | 2704 |
| | | | 231-8907623-1 | 10/18/2022 | 7/28/2023 | 2704 |
| | | | 231-8912520-2 | 10/26/2022 | 7/28/2023 | 2704 |
| | | | 231-8917191-7 | 11/6/2022 | 7/28/2023 | 2704 |
| | | | 231-8921325-5 | 11/18/2022 | 7/28/2023 | 2704 |
| | | | 231-8921742-1 | 11/21/2022 | 7/28/2023 | 2704 |
| | | | 231-8925164-4 | 12/2/2022 | 7/28/2023 | 2704 |
| | | | 231-8925174-3 | 12/2/2022 | 7/28/2023 | 2704 |
| | | | 231-8926419-1 | 12/7/2022 | 7/28/2023 | 2704 |
| | | | 231-8926456-3 | 12/7/2022 | 7/28/2023 | 2704 |
| | | | 231-8926460-5 | 12/7/2022 | 7/28/2023 | 2704 |
| | | | 231-8930007-8 | 12/19/2022 | 7/28/2023 | 2704 |
| | | | 231-8934291-4 | 1/7/2023 | 7/28/2023 | 2704 |
| | | | 231-8934465-4 | 1/7/2023 | 7/28/2023 | 2704 |
| | | | 231-8937336-4 | 1/22/2023 | 7/28/2023 | 2704 |
| | | | 231-8937339-8 | 1/22/2023 | 7/28/2023 | 2704 |
| | | | 231-8936926-3 | 1/27/2023 | 7/28/2023 | 2704 |
| | | | 231-8936955-2 | 1/27/2023 | 7/28/2023 | 2704 |
| | | | 231-8939554-0 | 1/31/2023 | 7/28/2023 | 2704 |
| | | | 231-8942274-0 | 2/12/2023 | 7/28/2023 | 2704 |
| | | | 231-8945595-5 | 2/13/2023 | 7/28/2023 | 2704 |
| | | | 231-8944397-7 | 2/18/2023 | 7/28/2023 | 2704 |
| | | | 231-8951622-8 | 3/13/2023 | 7/28/2023 | 2704 |
| | | | 231-8952923-9 | 4/1/2023 | 7/28/2023 | 2704 |
| | | | 231-8956798-1 | 4/1/2023 | 7/28/2023 | 2704 |
| | | | 231-8957395-5 | 4/9/2023 | 7/28/2023 | 2704 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)